September, 1902, be, and hereby is, modified and amended so that the same will be and read as follows: "Judgment in favor of the defendant and respondent reversed, and final judgment on the findings of fact herein rendered in favor of the plaintiff and appellant, and against the defendant and respondent, for $742.64, with interest thereon from September 26, 1900, with costs in this court and in the court below to the appellant."

In re MANSON. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) In the matter of the disbarment of Samuel H. Manson, an attorney. No opinion. Referee's report confirmed, and respondent removed and disbarred from practice.

MARTIN, Respondent, v. RUSSELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) Action by Bernard Martin against Alfred J. Russell and another. No opinion. Order affirmed, with $10 costs and disbursements.

MARX, Appellant, v. FOOTE COMMERCIAL PHOSPHATE CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Salomon Marx against the Foote Commercial Phosphate Company. M. Kendall, for appellant. E. Fixman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MASHOBUONO, Respondent, v. ACCONCIA, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Guiseppe Mashobuono against Andrea Acconcia. A. I. Oishei, for appellant. S. A. Hyman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MASON, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Lydia D. Mason, as executrix, against the Metropolitan Street Railway Company. D. D. Ackerman, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs.

MAYER v. FLAMMER et al. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Margaretha Mayer against John J. Flammer and another. No opinion. Motion granted, with $10 costs.

MAYER v. ORR et al. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Margaretha Mayer against Joseph Orr and others. No opinion. Motion granted, with $10 costs.

MEAD, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 3, 1902.) Action by William L. Mead against the state of New York. No opinion. Judgment of the court of claims unanimously affirmed, with costs.

MERRELL, Appellant, v. WELCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by Charles E. Merrell, as trustee, against Adelbert S. Welch. No opinion. Judgment of county court and of justice's court reversed, with costs in this and the county court.

MILLS et al., Appellants, v. HARTOG & BEINHAUER CANDY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Thomas Mills & Brother against the Hartog & Beinhauer Candy Company. T. H. Collins, for appellants. M. D. Steuer, for respondent. No opinion. Judgment and order affirmed, with costs.

MITCHELL v. WILLIAMS. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by Donald Mitchell against John F. Williams. No opinion. Motion dismissed.

MOORHEAD, Appellant, v. AMERICAN SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Silas E. Moorhead against the American Surety Company. J. W. Ingram, for appellant. G. E. Morgan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MOORHEAD, Appellant, v. AMERICAN SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Silas E. Moorhead against the American Surety Company. No opinion. Order modified by striking out the provision requiring the plaintiff to pay to the defendant $10 costs of the motion, and, as thus modified, affirmed, without costs.

MOORHEAD v. WEBSTER. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Silas E. Moorhead against David Webster. No opinion. Motion dismissed, with $10 costs.

MORGAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by George Morgan against the city of New York. E. V. Brewster, for appellant. C. Mellen, for respondent. No opinion. Judgment and order affirmed, with costs.

MORRISON, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Lillian C. Morrison against Ormond G. Smith and others. T. H. Silkman, for appellants. J. A. Washburn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Cahill v. City of New York, 50 App. Div. 279, 63 N. Y. Supp. 1006. See 74 N. Y. Supp. 743.

MORRISON v. SMITH et al. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by Lillian C. Morrison against Ormond G. Smith and another. No opinion. Motion dismissed, with $10 costs.